UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X
                                                                 ::
UNITED STATES OF AMERICA,                                        :        03 CR 1368 (ARR)
                                                                 :
                                                                 :        NOT FOR ELECTRONIC
      -against-                                                  :        OR PRINT
                                                                 :        PUBLICATION
MICHAEL ADAMS, also known as "Big Man" and                       :
"Bowser," ERROLDO WEATHERLY, also known as                       :        OPINION AND ORDER
"Junior" and "Dapper," TYRONE BROWNE, GARY                       :
LALL, ERROL SMALL, JUNIOR BARNETT,                               :
GLADSTONE BLAIR, MICHAEL ERSKINE,                                X
NEVILLE FENNELL, TERON FOSTER, also known as
"Ron," MARK GAUNTLETT, CLEVELAND GREEN,
PRIESTLY GREEN, ANTHONY GULSTON. JULIO
MARINO, LLOYD MCKEND, RICHARD PITCHER,
DENNIS JOHNSON, RAFAEL RODRIGUEZ, MARK
SANDY, SELWYN SMITH, STEPHENSON WATSON,
GLADSTONE WHYTE, MICHAEL WILLIAMS,
EGLAN YOUNGE, and ROBERT LOPEZ,

                        Defendants.

---------------------------------------------------------------

ROSS, United States District Judge:

      In order to facilitate sentencing, the court must have received and assessed the

submissions from the government and the defendants, with respect to each defendant, before it

will sentence any defendant. All Pre-Sentence Reports not yet available will be distributed

during the week of August 22, 2005. The court thus directs that each defendant submit

objections to his Pre-Sentence Report by September 9, 2005. The government must submit its

response to the objections of each defendant and all of its letters pursuant to 5K1.1 within two

1

weeks of that date, by September 23, 2005. The court will then schedule any necessary

evidentiary hearings and, thereafter, will schedule all sentencing proceedings.

      SO ORDERED.


Allyne R. Ross
United States District Judge

Dated: August 17, 2005
       Brooklyn, New York

SERVICE LIST:

Attorneys for the United States
Michael Joseph Ramos
U.S. Attorney's Office
147 Pierrepont Street
Brooklyn, NY 11201

Steven Leo D'Alessandro
U.S. Attorney's Office, E.D.N.Y.
147 Pierrepont Plaza
Brooklyn, NY 11201

Attorney for Defendant Michael Adams
William E. Weber
Baron Associates, P.C.
2509 Avenue U
Brooklyn, NY 11229

Attorney for Defendant Erroldo Weatherly
Mitchell C. Elman
105-15 Cross Bay Blvd.
2nd Fl.
Ozone Park, NY 11417

Attorneys for Defendant Tyrone Browne
Christopher Booth
Lipman & Booth LLP
11 Broadway
Suite 967
New York, NY 10007

Attorney for Defendant Gary Lall
Mel A. Sachs
531 West 19th Street
New York, NY 10011

Attorney for Defendant Errol Small

Harry Conrad Batchelder, Jr.
Law Offices of Harry C. Batchelder, Jr.
61st Floor
40 Wall Street
New York, NY 10005

Attorneys for Defendant Junior Barnett
Patrick Watts
208 East 163rd Street
Bronx, NY 10451

Attorney for Defendant Gladstone Blair
Francisco E. Celedonio
401 Broadway
25th Floor
New York, NY 10013

Attorney for Defendant Michael Erskine
Barry S. Turner
Barry S. Turner, P.C.
777 Third Avenue (35 Fl.)
New York, NY 10017

Attorney for Defendant Neville Fennel


Attorney for Defendant Teron Foster
Gary S. Villanueva
Gary S. Villanueva, Attorney at Law
401 Broadway
Room 1503
New York, NY 10013

Attorney for Defendant Mark Gauntlett
Stephen L. Drummond
Drummond and Crawford, PC
Queens Corporate Center
221-10 Jamaica Avenue, Suites 106-108
Queens Village, NY 11428

Attorney for Defendant Cleveland Green
Stuart David Rubin
26 Court Street

4

Suite 2506
Brooklyn, NY 11242

Attorney for Defendant Priestly Green
Bernard H. Udell
16 Court Street
Brooklyn, NY 11241

Attorney for Defendant Lloyd McKend
Melvyn K. Roth
666 Old Country Road
Suite 501
Garden City, NY 11530

Attorney for Defendant Richard Pitcher
Anthony V. Lombardino
101-05 Lefferts Blvd.
Suite 207
Richmond Hill, NY 11419

Attorney for Defendant Dennis Johnson
Jason L. Solotaroff
Giskan & Solotaroff
207 West 25th Street
4th Floor
New York, NY 10001

Attorneys for Defendant Rafael Rodriguez
Sabrina P. Shroff, Esq.
350 Broadway
Suite 700
New York, NY 10013

Christopher Renfroe
Renfroe & Quinn
118-35 Queens Blvd.
Forest Hills, Queens 11375

Attorney for Defendant Mark Sandy
John D. Patten
30 Vesey Street
Suite 501
New York, NY 10007

Attorney for Defendant Selwyn Smith
Michael Rosen
Law Office of Michael Rosen
61 Broadway
Suite 1105
New York, NY 10006

Attorney for Defendant Stephenson Watson
Allen Lashley
16 Court Street
Room 1210
Brooklyn, NY 11241

Attorneys for Defendant Gladstone Whyte
Joel Mark Stein
Law Offices of Joel M. Stein, Esq.
3 New York Plaza, 10th Floor
New York, NY 10004

Attorney for Defendant Michael Williams
Joel S. Walter
Joel S. Walter & Associates, P.C.
225 Broadway
Suite 1608
New York, NY 10007

Attorney for Defendant Eglan Younge
Lisa Scolari
20 Vesey Street
Suite 400
New York, NY 10007

Attorney for Defendant Robert Lopez
Barry E. Schulman
16 Court Street
Suite 2901
Brooklyn, NY 11241

6