

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PW:SLD/MJR
F. #2003R01703

*156 Pierrepont Street*
*Brooklyn, New York 11201*

Mailing Address: *147 Pierrepont Street*
*Brooklyn, New York 11201*

September 20, 2005

The Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Adjournment granted to October 7, 2005.*
*So ordered.* /s/ JSDJ
9/21/05
cc: all counsel

Re: United States v. Michael Adams, et al.
Criminal Docket No. 03-1368(ARR)

Dear Judge Ross:

I write to request additional time in which to respond to the sentencing memoranda that have been filed by the defendants in the above-captioned matter. As the Court is aware, this matter involves over twenty defendants, all of whom have submitted objections to their Presentence Report and/or motions for a sentence outside of their estimated Guidelines range. An appropriate response requires a careful review of the evidence against each defendant, including line sheets, proffer notes and trial testimony.

At present, the government's response is due this Friday, September 23, 2005. Based upon the foregoing, I respectfully request an extension of at least one week in order for the government to provide the Court with its response.

Respectfully submitted,

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York

By: /s/
Steven L. D'Alessandro
Assistant U.S. Attorney
(718) 254-6200

cc: Clerk of the Court (via ECF)



**UNITED STATES ATTORNEY'S OFFICE
EASTERN DISTRICT OF NEW YORK**
147 PIERREPONT STREET
BROOKLYN NY 11201
(718) 254-7000

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

CRIMINAL DIVISION,
NARCOTICS SECTION
FAX NO. (718) 254-6327

## FACSIMILE COVER LETTER

**CONFIDENTIAL U.S. ATTORNEY FACSIMILE COMMUNICATION**
NOTICE: The information contained in this facsimile message, including any attachments to it, are confidential. All such information is the property is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution or taking of action in reliance upon it is strictly prohibited. If you have received this message in error, please immediately notify the sender at the number below in order to arrange for this message's return.

**FROM: AUSA STEVEN L. D'ALESSANDRO**          **DATE:** September 20, 2005

TO THE FOLLOWING:

| Hon. Allyne R. Ross | U.S. District Court, EDNY | (718) 260-2386 |

Re: United States v. Michael Adams, et al., 03-CR-1368 (ARR)

If transmission is incomplete, or you have other questions, please call: *(718) 254-6200*