D/F

# GAIL GRAY
*Attorney at Law*
770 Broadway - Second Floor
New York, New York 10003
(645) 495-6067
gail gray@gmail

*By Facsimile Transmission*

December 12, 2005

Hon. Allyne R. Ross
United States District Judge
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States of America v. Michael Adams et al.*
03 CR 1368 (ARR)

Your Honor:

I am in receipt of your order, precluding substitution, unless I am prepared to adhere to the existing schedule.

As previously indicated, I have ordered, but not yet received, the trial transcript. Until I have received and reviewed it, I cannot determine whether adherence to the existing schedule is possible. However, as soon as I am in a position to make this determination, I will notify the court and counsel.

Thank you for your consideration.

Very truly yours,

Gail Gray

cc: Mel Sachs, Esq.
(By facsimile transmission)

---

*Handwritten annotation:*

I AM advised by the Court Reporter that a copy of the trial transcript will be available to be picked up tomorrow morning at 8:30 A.M. Scheduled proceedings relating to the sentence of Mr. Lall and twenty-six co-defendants will not be adjourned. So ordered.

USDJ
4/12/05

cc: Gail Gray, Esq.
Mel Sachs, Esq.
 Au SA D'Alessandro
ALL BY FAX